**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Shawn Peter SPRINGER,**
**Defendant–Appellant.**

**No. 13–13559**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 20, 2015.

Karin Bethany Hoppmann, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Dale Robert Campion, Diidri Robinson, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

Angela B. Wright, Law Offices of Angela B. Wright, PA, Tampa, FL, for Defendant–Appellant.

Robert Allen Ratliff, Robert A. Ratliff, PC, Mobile, AL, for Defendant–Appellant.

Before MARCUS, WILLIAM PRYOR and EDMONDSON, Circuit Judges.

PER CURIAM:

Angela Wright, counsel for Shawn Springer, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Springer's convictions and sentences are **AFFIRMED.**

Before JORDAN, ROSENBAUM, and JULIE CARNES, Circuit Judges.